FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2019 DEC 19 P 4: 53

WILLIAM W. BLEVINS
CLERK cc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**INDICTMENT FOR CARJACKING AND VIOLATIONS OF THE FEDERAL GUN CONTROL ACT**

**FELONY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 19-244 |
| v. | * | SECTION: SECT. I MAG. 1 |
| DEVIN WEAVER | * | VIOLATIONS: 18 U.S.C. § 2119(1) |
| TOMMIE MANGO | | 18 U.S.C. § 924(c)(1) |
| | * | 18 U.S.C. § 2 |
| | | 18 U.S.C. § 922(j) |
| | * | 18 U.S.C. § 924(a)(2) |
| | | 18 U.S.C. § 924(g)(1) |
| | * | |
| | * | |
| * * * | | |

The Grand Jury charges that:

## COUNT 1

On or about the 21st day of August, 2019, in the Eastern District of Louisiana, the defendants, **DEVIN WEAVER** and **TOMMIE MANGO,** took a motor vehicle, that is, a 2019, red in color, Jeep Cherokee Latitude, bearing license plate 985CAM, Vehicle Identification Number (VIN) 1C4PJLCB5KD109527, a vehicle that had been transported, shipped, and received

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

in interstate or foreign commerce by force, violence, and intimidation, from the person or presence of R.H., in violation of Title 18, United States Code, Section 2119.

## COUNT 2

On or about the 21st day of August, 2019, in the Eastern District of Louisiana, the defendants, **DEVIN WEAVER** and **TOMMIE MANGO**, did knowingly brandish, carry, and use a firearm, that is, a pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, carjacking, in violation of Title 18, United States Code, Section 924(c)(1)(A) and Title 18, United States Code, Section 2.

## COUNT 3

On or about the 21st day of August, 2019, in the Eastern District of Louisiana, the defendants, **DEVIN WEAVER** and **TOMMIE MANGO**, knowingly possessed a stolen firearm, that is, a handgun, to wit: a Taurus 9mm pistol, serial number TFR11850, which had been shipped and transported in interstate commerce, knowing and having reasonable cause to believe the firearm was stolen, in violation of Title 18, United States Code, Sections 922(j), 924(a)(2) and Title 18, United States Code, Section 2.

## COUNT 4

On or about the 21st day of August, 2019, in the Eastern District of Louisiana, the defendant, **DEVIN WEAVER**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: a conviction on October 10, 2017, in Case Number 524-688, in Orleans Parish Criminal District Court, State of Louisiana, for first degree robbery, in violation of La. R.S. §14:64.1; did knowingly and intentionally possess a handgun, to

wit: a Taurus 9mm pistol, serial number TFR11850, said firearm having been shipped and transported in interstate commerce; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), and Title 18, United States Code, Section 2.

A TRUE BILL:



FOREPERSON

PETER G. STRASSER
UNITED STATES ATTORNEY

INGA PETROVICH
Assistant United States Attorney

New Orleans, Louisiana
December 19, 2019

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

### DEVIN WEAVER and TOMMIE MANGO

## INDICTMENT FOR CARJACKING AND VIOLATIONS OF THE FEDERAL GUN CONTROL ACT ACT

VIOLATIONS: 18 U.S.C. § 2119(1),
18 U.S.C. § 924(c)(1),
18 U.S.C. § 2,
18 U.S.C. § 922(j),
18 U.S.C. § 924(a)(2),
18 U.S.C. § 924(g)(1)

Filed in open court this _____ day of _____ A.D. 2019.

_____
Clerk

Bail, $ _____

_____
INGA PETROVICH
Assistant United States Attorney